IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-cr-000310 LJO |
| Plaintiff, | ) ORDER ON STIPULATION TO |
| | ) CONTINUE NEXT STATUS CONFERENCE |
| v. | ) |
| DARRYL DIAZ, | ) |
| Defendant. | ) |

**ORDER**

It is ordered that the parties appear for the next status conference on Monday, October 22, 2012, at 1:00 p.m. It is further ordered that the requested additional time be excluded from consideration under the Speedy Trial Act for effective preparation by both sides under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **October 5, 2012**           /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1